## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

09 AUG 14 AM 8: 56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTO SAMUDIO-PENA,<br><br>Defendant. | CASE NO. 09CR1689-JAH<br><br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal;

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) of: 8USC 1326(a) & (b).

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: August 10, 2009

                          _____
                          John A. Houston
                          UNITED STATES DISTRICT JUDGE


                          ENTERED ON _____